# United States District Court

WESTERN DISTRICT OF WASHINGTON

GREGORY PROSSER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5594BHS/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision be REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **4/15/09**

|  |  |
|---|---|
| April 16, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |