UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY W. PROSSER,

           Plaintiff,

v.

MICHAEL J. ASTRUE,

           Defendant.

CASE NO. 08-5594BHS

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EAJA FEES

This matter comes before the Court on Plaintiff's unopposed motion for EAJA fees. Dkt. 29. The Court finds that good cause has been shown for the award of EAJA fees. Further, although the Court finds that § 2412(d)(1)(A) of the EAJA requires that any amount awarded must be sought by, and awarded to, the Plaintiff and not his attorney, the Court also finds that EAJA allows, and indeed anticipates, that such fee awards will be directly payable to Plaintiff's attorney and not to Plaintiff.

Therefore, it is hereby

**ORDERED** that Plaintiff is awarded EAJA fees in the amount of $4907.25 payable to Plaintiff's attorneys.

Dated this 10th day of September, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER