United States District Judge BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY W. PROSSER, ) | |
| ) | CIVIL NO. C08-5594-BHS-KLS |
| Plaintiff, ) | |
| ) | ORDER FOR ATTORNEY'S FEES |
| vs. ) | PURSUANT TO 42 U.S.C. § 406(b) |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's unopposed Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorneys Elie Halpern and Amy Gilbrough are awarded a gross attorney's fee of $7500.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $2592.75 that previously were awarded, leaving a net fee of $4907.25, 50% payable to each attorney. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorneys herein,

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [C08-5594BHS-KLS] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1  Social Security is directed to send to Plaintiff's attorneys the net balance of $4907.25, minus any
2  applicable processing fees as allowed by statute.
3       DATED this 12th day of September, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/ELIE  HALPERN_____
ELIE  HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C08-5594BHS-KLS] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com